UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

JOHN ESTOCK
    Plaintiff,

v.

                              CIVIL ACTION NO:
                              3:02-CV-1037 WWE

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant

------------------------------------------------------------X

FILED
2003 OCT 14 P 2:51

## VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant respectfully request that the Court dismiss this action with prejudice as to the Plaintiff, with each party to bear its own costs and attorney's fees, because the parties have agreed to settle this civil action.

Dated: October 9, 2003

                              Jerry V. Leaphart, Esq.
                              Attorney for Plaintiff  Ct 17185
                              Jerry V. Leaphart & Associates, PC
                              8 West St., Ste. 203
                              Danbury, CT 06810-7839

Dated: October 8, 2003

                              Anna V Crawford
                              Special Assistant U.S. Attorney
                              Northeast Area Law Office
                              U.S. Postal Service
                              8 Griffin Road North
                              Windsor, CT 06006-0170
                              Phone: 860-285-7309
                              Federal Bar no. ct01394

---

**SO ORDERED**

**UNITED STATES DISTRICT COURT**

I certify that a copy of the Voluntary Dismissal was mailed by First Class Mail on October 9, 2003 to the following counsel of record:

Jerry V. Leaphart, Esq.
Attorney for Plaintiff
Jerry V. Leaphart & Associates, PC
8 West St., Ste. 203
Danbury, CT 06810-7839

Anna V Crawford
Special Assistant U.S. Attorney
Northeast Area Law Office
U.S. Postal Service
8 Griffin Road North
Windsor, CT 06006-0170

John B. Hughes
Chief, Civil Division
District of Connecticut
PO Box 1824
New Haven, CT 06508-1824

_____
Anna V. Crawford

2