UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
JOHN ESTOCK
    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant
-----------------------------------------------------------X

CIVIL ACTION NO:
3:02-CV-1037 WWE

FILED
2003 OCT 14  P 2:51

## VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant respectfully request that the Court dismiss this action with prejudice as to the Plaintiff, with each party to bear its own costs and attorney's fees, because the parties have agreed to settle this civil action.

Dated: October 9, 2003

Jerry V. Leaphart, Esq.
Attorney for Plaintiff  Ct 17185
Jerry V. Leaphart & Associates, PC
8 West St., Ste. 203
Danbury, CT 06810-7839

Dated:  October 8, 2003

Anna V Crawford
Special Assistant U.S. Attorney
Northeast Area Law Office
U.S. Postal Service
8 Griffin Road North
Windsor, CT 06006-0170
Phone:  860-285-7309
Federal Bar no. ct01394

**SO ORDERED**

**UNITED STATES DISTRICT COURT**

APPROVED and SO ORDERED
/S/ Warren W. Eginton
Warren W. Eginton, Sr. USDJ
Bridgeport, CT  10/16/03